**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

**Jonathan Charbonneau and Tricia Charbonneau,**

**Plaintiffs,**

vs.

**Banana Joe's of Minnesota, Inc., a Minnesota Corporation, dba Banana Joe's; Clayton James Smeby; Farhad D. Yamoutpour; City of Minneapolis; Officer Hagel (Badge #2601); Officer Savaugeau (Badge #6309); Officer Kipke (Badge #3717); Officer E. Olson (Badge #5299); Sargeant Wallerich (Badge #7496); and John Doe,**

**Defendants.**

**Civil No.: 02-419 DWF/AJB**

**STIPULATION TO EXTEND PRETRIAL DISCOVERY SCHEDULE AND ORDER**

---

WHEREAS, Defendant City of Minneapolis had brought a motion to compel Plaintiffs to comply with discovery; and

WHEREAS, the parties were able to resolve their outstanding discovery issues without need for a hearing; and

WHEREAS, the parties agree that it is in their best interest to extend the time in which to complete discovery and bring non-dispositive motions in the above-referenced matter; and

WHEREAS, the parties have agreed to a two month extension of all dates in the Court's previously filed Pretrial Discovery Schedule,

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES AS FOLLOWS:

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. That all dates in the previously filed Pretrial Discovery Schedule are hereby extended by two months.

Dated: September 24, 2002

JAY M. HEFFERN
City Attorney
By
PETER W. GINDER
Assistant City Attorney
Attorney Reg. No. 35099
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

Attorneys for Defendants

Dated:

PETER J. TIMMONS
Attorney Reg. No.
2000 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431
(952) 844-2828

Attorneys for Plaintiffs

Dated:

THOMAS P. HARLAN
Attorney Reg. No.
Dunkley, Bennette, Christensen & Madigan, P.A.
701 Fourth Avenue South, Suite 700
Minneapolis, MN 55415
(612) 339-1290

Attorneys for Banana Joe's of Minnesota, Inc., a Minnesota Corporation, dba Banana Joe's; Clayton James Smeby; Farhad D. Yamoutpour

**ORDER**

Based upon the foregoing Stipulation it is hereby ordered that all dates in the previously filed Pretrial Discovery Schedule are extend by two months.

Dated: 10/7/02

Magistrate Judge Arthur J. Boylan