**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Civil No.: 02-419 DWF/~~AJB~~ JSM

Jonathan Charbonneau and
Tricia Charbonneau,

Plaintiffs

and

Banana Joe's of Minnesota, Inc., a Minnesota Corporation, d/b/a Banana Joe's; Clayton James Smeby; Farhad D. Yamoutpour; City Of Minneapolis; Officer Hagel (Badge #2601); Officer Savaugeau (Badge #6309); Officer Kipke (Badge #3717); Officer E. Olson (Badge #5299); Sargeant Wallerich (Badge #7496); and John Doe,

Defendants.

**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**

---

The parties, by and through their undersigned attorneys, hereby stipulate and agree as follows to extend the pretrial discovery schedule:

1. The time for Defendants Smeby and Yamoutpour to submit an answer shall be extended until July 31, 2003.

2. Discovery, for the limited purposes of Defendants Smeby and Yamoutpour, shall be extended until September 30, 2003.

3. The final date for bringing dispositive motions shall be October 31, 2003. All papers should be prepared and filed in accordance with Local Rule 7.1 by that date.

4. With respect to the summary judgment motion set for September 5, 2003, Plaintiffs shall have until August 15, 2003, to submit a response to Defendants City of Minneapolis, Officers Hagel, Savaugeau, Kipke, Olson and Sargeant Wallerich's motion for summary judgment.



FILED JUL 0 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. The case shall be trial ready by January 2, 2003.

Dated: 6/27/03

Peter J. Timmons (#110140)
2000 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431
*Attorney for Plaintiffs*

**CITY OF MINNEAPOLIS**

Dated: ____________________

Peter W. Ginder (#35099)
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
*Attorneys for Defendants City of Minneapolis and Officers Hagel, Savaugeau, Kipke, Olson and Sargeant Wallerich*

**DUNKLEY, BENNETT, CHRISTENSEN & MADIGAN, P.A.**

Dated: 6/26/2003

Thomas P. Harlan (ID# 210870)
701 Fourth Avenue South
Suite 700
Minneapolis, MN 55415
(612) 288-2223
*Attorneys for Defendant Banana Joe's of Minnesota, Inc.*

**IT IS SO ORDERED.**

Dated: 7/2/03

Magistrate Judge Janie Mayeron