**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jonathan Charbonneau and Tricia Charbonneau,

Plaintiffs,

v.

Banana Joe's of Minnesota, Inc., a Minnesota Corporation d/b/a Banana Joe's; Clayton James Smeby; Farhad D. Yamoutpour; City of Minneapolis; Officer Hagel (Badge #2601); Officer Savaugeau (Badge #6309); Officer Kipke (Badge #3717); Officer E. Olson (Badge #5299); Sergeant Wallerich (Badge #7496); John Doe,

Defendants.

Civil No. 02-419 (DWF/JSM)

**ORDER FOR STAY**

---

Peter J. Timmons, Esq., Timmons Law Office, 7900 Xerxes Avenue South, Suite 2000, Bloomington, MN 55431, counsel for Plaintiffs.

Peter W. Ginder, Esq., Minneapolis City Attorney's Office, 300 Metro Center, 333 South Seventh Street, Minneapolis, MN 55402-2453; Thomas P. Harlan, Esq., and David G. Parry, Esq., Dunkley Bennett Christensen & Madigan, 701 Fourth Avenue South, Suite 700, Minneapolis, MN 55415, counsel for Defendants; John M. Catron, Esq., and Carrie L. Hund, Esq., Hansen Dordell Bradt Odlaug & Bradt, 3900 Northwoods Drive, Suite 250, St. Paul, MN 55112-6973, counsel for Defendant Clayton James Smeby.

---

This matter is before the Court pursuant to Defendant Farhad D. Yamoutpour's request for a stay of the above-entitled matter given his status of active duty in the United States Army Reserve serving in either Kuwait or Iraq as part of Operation Enduring Freedom. All parties have stipulated to a temporary stay of this action in correspondence with the Court, given Defendant Farhad D. Yamoutpour's status in the military.

FILED AUG 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Based upon the presentations and request of the parties; the Court having reviewed the contents of the file in this matter, including its procedural history; and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Pursuant to the request and the stipulation of the parties, the Court hereby **STAYS** this matter until such time as the active duty status of Defendant Farhad D. Yamoutpour changes. Further, the Court would specifically request that the parties update the Court in letter form every three months, with the first update review as to the status of Defendant Farhad D. Yamoutpour due not later than November 20, 2003. In the event Defendant Farhad D. Yamoutpour's status changes before that time, the Court respectfully requests that the Court be so notified.

Dated: August 18, 2003

DONOVAN W. FRANK
Judge of United States District Court