**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jonathan Charbonneau and Tricia Charbonneau,

Plaintiffs,

v.

Banana Joe's of Minnesota, Inc., a Minnesota Corporation d/b/a Banana Joe's; Clayton James Smeby; Farhad D. Yamoutpour; City of Minneapolis; Officer Hagel (Badge #2601); Officer Savaugeau (Badge #6309); Officer Kipke (Badge #3717); Officer E. Olson (Badge #5299); Sergeant Wallerich (Badge #7496); John Doe,

Defendants.

Civil No. 02-419 (DWF/JSM)

**ORDER**

---

Peter J. Timmons, Esq., Timmons Law Office, 7900 Xerxes Avenue South, Suite 2000, Bloomington, MN 55431, counsel for Plaintiffs.

Peter W. Ginder, Esq., Minneapolis City Attorney's Office, 300 Metro Center, 333 South Seventh Street, Minneapolis, MN 55402-2453; Thomas P. Harlan, Esq., and David G. Parry, Esq., Dunkley Bennett Christensen & Madigan, 701 Fourth Avenue South, Suite 700, Minneapolis, MN 55415, counsel for Defendants; John M. Catron, Esq., and Carrie L. Hund, Esq., Hansen Dordell Bradt Odlaug & Bradt, 3900 Northwoods Drive, Suite 250, St. Paul, MN 55112-6973, counsel for Defendant Clayton James Smeby.

---

By letter from counsel, the Court has been informed that Defendant Farhad D. Yamoutpour is no longer on active duty in the United States Army Reserve and the Order issued on August 18, 2003, staying this proceeding no longer is necessary, therefore,

**IT IS ORDERED** that the stay is lifted and the parties are to proceed with discovery.

Dated: October 28, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed OCT 28 2003
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______