**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------------------------------- **CIVIL FILE NO.: 02-419 DWF/AJB**

Jonathan Charbonneau and Tricia Charbonneau,

Plaintiffs,

vs.

Banana Joe's of Minnesota, Inc., a Minnesota corporation, dba Banana Joe's; Clayton James Smeby; Farhad D. Yamoutpour; City of Minneapolis; Officer Hagel (Badge #2601); Officer Savaugeau (Badge #6309); Officer Kipke (Badge #3717); Officer E. Olson (Badge #5299); Sergeant Wallerich (Badge #7496); and John Doe,

Defendants.

----------------------------------------------------------------------

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Plaintiffs, by and through their undersigned counsel, and defendants, by and through their undersigned counsel, hereby stipulate and agree that, with respect to defendants Officer Savaugeau (Badge #6309), Officer E. Olson (nka Officer E. Lehner) (Badge #5299) and Sergeant Wallerich (Badge #7496), Counts I, II, and III of Plaintiff's Complaint herein are hereby dismissed from this action with prejudice and without an award of costs to any party or counsel.

Further, Plaintiffs, by and through their undersigned counsel, and defendants, by and through their undersigned counsel, hereby stipulate and agree that Counts I and III, against defendant, Officer Hagel (Badge #2601) are hereby dismissed from this action with prejudice and without an award of costs to any party or counsel.

FEB 12 2004

It was agreed and understood by all of the parties hereto and their undersigned counsel that all remaining Counts in Plaintiffs' Complaint not so dismissed in the Stipulation will be continued against defendants against whom alleged or until further order of this Court.

Dated: 2/4/2004

Peter J. Timmons (#110140)
Attorney for Plaintiffs
2000 Wells Fargo Plaza
7900 Xerxes Avenue S.
Minneapolis, MN 55413
(952) 844-2828

Dated: 2/9/2004

JAY HEFFERN, City Attorney

C. Lynne Fundingsland (#32712)
Assistant City Attorney
Attorneys for Defendants
333 South Seventh Street, #300
Minneapolis, MN 55402
(612) 673-2010

**ORDER FOR DISMISSAL**

Based upon the foregoing Partial Stipulation of Dismissal with Prejudice, that Counts I, II and III are dismissed with prejudice against defendants Officer Savaugeau (Badge #6309), Officer E. Olson (nka Officer E. Lehner) (Badge #5299) and Sergeant Wallerich (Badge #7496), and without costs or disbursements to any party or counsel.

Further that Counts I and III, against defendant, Officer Hagel (Badge #2601) are hereby dismissed from this action with prejudice and without an award of costs to any party or counsel.

Dated: 2/12/04

BY THE COURT:

Donovan Frank
Judge of United States District Court