UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL FILE NO.: 02-419 DWF/AJB

Jonathan Charbonneau and Tricia Charbonneau,

Plaintiffs,

vs.

Banana Joe's of Minnesota, Inc., a Minnesota corporation, dba Banana Joe's; Clayton James Smeby; Farhad D. Yamoutpour; City of Minneapolis; Officer Hagel (Badge #2601); Officer Savaugeau (Badge #6309); Officer Kipke (Badge #3717); Officer E. Olson (Badge #5299); Sargeant Wallerich (Badge #7496); and John Doe,

Defendants.

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Plaintiffs, by and through their undersigned counsel, and defendants, by and through their undersigned counsel, hereby stipulate and agree that defendants Officer Kipke and City of Minneapolis are hereby dismissed from this action with prejudice and without an award of costs to any party or counsel.

Dated: 2/4/2004

Peter J. Timmons (#110140)
Attorney for Plaintiffs
2000 Wells Fargo Plaza
7900 Xerxes Avenue S.
Minneapolis, MN 55413
(952) 844-2828

Dated: 2/9/2004

JAY HEFFERN, City Attorney

C. Lynne Fundingsland (#32712)
Assistant City Attorney
Attorneys for Defendants
333 South Seventh Street, #300
Minneapolis, MN 55402
(612) 673-2010

FEB 12 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Based upon the foregoing Partial Stipulation of Dismissal with Prejudice, defendants Officer Kipke and the City of Minneapolis are hereby dismissed from this action with prejudice and without costs or disbursements to any party or counsel.

Dated: 2-12-04

BY THE COURT:

Donovan Frank
Judge of United States District Court