UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL FILE NO.: 02-419 DWF/AJB

Jonathan Charbonneau and Tricia Charbonneau,

Plaintiffs,

vs.

Banana Joe's of Minnesota, Inc., a Minnesota corporation, dba Banana Joe's; Clayton James Smeby; Farhad D. Yamoutpour; City of Minneapolis; Officer Hagel (Badge #2601); Officer Savaugeau (Badge #6309); Officer Kipke (Badge #3717); Officer E. Olson (Badge #5299); Sargeant Wallerich (Badge #7496); and John Doe,

Defendants.

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Plaintiffs, by and through their undersigned counsel, and defendants, by and through their undersigned counsel, hereby stipulate and agree that defendant Farhad D. Yamoutpour is hereby dismissed from this action with prejudice and without an award of costs to any party or counsel.

Dated: 2/5/2004

Peter J. Timmons (#110140)
Attorney for Plaintiffs
2000 Wells Fargo Plaza
7900 Xerxes Avenue S.
Minneapolis, MN 55413
(952) 844-2828

Dated: 2/9/04

MOSS & BARNETT

Mathew Meyer
Attorney at Law
Attorney for Defendant
Farhad D. Yamoutpour
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 347-0300

FILED FEB 18 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Based upon the foregoing Partial Stipulation of Dismissal with Prejudice, defendant Farhad D. Yamoutpour is hereby dismissed from this action with prejudice and without costs or disbursements to any party or counsel.

Dated: 2/18/04

BY THE COURT:

Donovan Frank
Judge of United States District Court