**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jonathan Charbonneau and Tricia Charbonneau,

Plaintiffs,

v.

Banana Joe's of Minnesota, Inc., a Minnesota corporation, d/b/a Banana Joe's; and Clayton James Smeby,

Defendants.

Civil No. 02-419 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Peter J. Timmons, Esq., Timmons Law Office, 7900 Xerxes Avenue South, Suite 2000, Bloomington, Minnesota 55431, counsel for Plaintiff.

David G. Parry, Esq., Leonard Street and Deinard, 150 5th Street South, Suite 2300, Minneapolis, Minnesota 55402; and Thomas P. Harlan, Esq., Madigan Dahl & Harlan, P.A., 701 4th Avenue South, Suite 1700, Minneapolis, Minnesota 55415, counsel for Defendant Banana Joe's of Minnesota, Inc. d/b/a Banana Joe's.

Carrie L. Hund, Esq., Bassford Remele, 33 South 6th Street, Suite 3800, Minneapolis, Minnesota 55402-3701; and John M. Catron, Esq., Hansen Dordell Bradt Odlaug & Bradt, 3900 Northwoods Drive, Suite 250, Saint Paul, Minnesota 55112-6973, counsel for Defendant Clayton James Smeby.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 30, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court