# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jonathan Charbonneau and Tricia Charbonneau,

Plaintiffs,

vs.

Banana Joe's of Minnesota, Inc., a Minnesota Corporation, dba Banana Joe's; and Clayton James Smeby,

Defendants.

Civil No.: 02-419 DWF/AJB

**STIPULATION FOR CONFESSION OF JUDGMENT, ENTRY OF JUDGMENT, PAYMENT OF JUDGMENT, PERSONAL GUARANTEE OF JUDGMENT, AND DISMISSAL**

---

The above-entitled action, having been fully compromised and settled, is hereby agreed and stipulated, by and between the parties hereto and through their respective undersigned attorneys as follows:

1. That Defendant, Banana Joe's of Minnesota, Inc., a Minnesota corporation (hereinafter "Banana Joe's"), does hereby admit, acknowledge, and confess that there is actually and justly due from Banana Joe's to Plaintiffs, Jonathan and Tricia Charbonneau, the sum of Six Thousand Five Hundred Dollars ($6,500), inclusive of any applicable penalties and interest thereon, and that said indebtedness arose as the result of payments required of Defendant to Plaintiffs for claims of personal injuries, financial distress, other and various claimed tortious actions or omissions and claims made by Plaintiff against said Defendant in the above-entitled action herein.

2. That Defendant, Banana Joe's, states that the sum of $6,500 does not exceed the debt and liability of said Defendant to said Plaintiff.

SCANNED
SEP 17 2004
U.S. DISTRICT COURT ST. PAUL

3. That Defendant, Banana Joe's, hereby agrees to pay to the order of Plaintiffs, Jonathan and Tricia Charbonneau and their attorney, Peter J. Timmons, the sum of $6,500 in the following manner: a payment in the sum of $1,000 due and payable on or before August 15, 2004, and payments on or before the 15th day of each and every month thereafter in an amount of at least $1,000, without interest, until the principal sum of $6,500 has been paid in full.

4. That Defendant, Banana Joe's, does agree, as further consideration and inducement for this Stipulation, that if payment is not made to Plaintiffs and their Attorney, as noted above, in accordance with all provisions stated in this Stipulation, counsel for Plaintiffs may, upon appropriate Affidavit certifying any breach of the terms of this Stipulation, without notice to said Defendant, without any hearing, enter a default judgment in this matter against Defendant, Banana Joe's, for the remaining unpaid balance of the total sum then due and owing in accordance with the terms of this Stipulation, in an amount not to exceed $6,500, together with all fee, costs, and expenses allowed in paragraph 5 herein. Provided, however, that prior to the entry of any default judgment that Plaintiffs provide notice to Banana Joe's and its counsel identified below, in writing, of the existence of such default and a 10 (ten) day opportunity to cure the same. In the event that the default is not cured within 10 (ten) days, then default may be entered as prescribed herein.

5. That Defendant, Banana Joe's, does agree, as further consideration and inducement for this Stipulation, that it will pay to Plaintiffs, Jonathan and Tricia Charbonneau, and their attorney, Peter J. Timmons, any and all reasonable attorney's fees, filing fees, costs, and expenses of collection incurred by Plaintiffs in the collection of any principle amounts due and owing in accordance with this Stipulation should Plaintiffs be required to enter a default judgment against Defendant.

6. Plaintiffs, Jonathan and Tricia Charbonneau, agree that they will not enter any default judgment against Defendant, Banana Joe's, if Defendant makes all payments to Plaintiff in accordance to the terms of this Stipulation and Plaintiff further agrees that, upon receipt of all payments required by this Stipulation, they will furnish to Defendant, Banana Joe's, a Satisfaction of Judgment or a Stipulation for Dismissal with Prejudice, or both of them at the request and election of Defendant, and said documents may be retained for filed by Defendant at their discretion and at their expense.

7. It is hereby Stipulated by and between the parties hereto and their respective undersigned attorneys that the enforcement of this Stipulation and any all necessary attempts to collect any sums due hereunder shall be governed by the laws of the State of Minnesota.

8. It is hereby Stipulated by and between the parties hereto and their respective undersigned attorneys that this Stipulation for Confession of Judgment, Entry of Judgment, Payment of Judgment, Personal Guarantee of Judgment, and Dismissal may be filed and entered as indicated hereinabove by the Administrator/Clerk of District Court of the United States District Court, District of Minnesota.

Dated: 8/25/2004

Peter J. Timmons (#110140)
Attorney for Plaintiffs
2000 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431
(952) 844-2828

## GUARANTEE OF JUDGMENT

As further consideration and inducement for the Stipulation hereinabove, as a corporate officer and shareholder of Defendant, Banana Joe's, I, the undersigned, state and represents I am a shareholder and officer of said Defendant corporation and that, in the event that any default on the Stipulation for Confession of Judgment, Entry of Judgment, Payment of Judgment, Personal Guarantee of Judgment and Dismissal, I will guarantee payment of any and all sums to be paid by Defendant, Banana Joe's and shall pay them immediately, upon demand of counsel for Plaintiffs, and make said payments owed by me personally.

Jon Fields

STATE OF MINNESOTA )
) SS.
COUNTY OF HENNEPIN )

On this 19th day of Aug., 2004, before me personally appeared Jon Fields, to me personally known, who by me duly sworn did say that he is the ______ of Banana Joe's of Minnesota, Inc., a Minnesota corporation, and, on behalf of said corporation, stated that he read the foregoing Stipulation, knows the contents thereof, and has entered into said Stipulation for Confession of Judgment, Entry of Judgment, Payment of Judgment, Personal Guarantee and Dismissal on the advice of counsel chosen by said corporation and said Stipulation and Guarantee are true of his own knowledge and he believes it to be true. Further, he stated to me that he is the person who has signed and will willingly guarantee payment of said judgment in the event that said corporation defaults said judgment. Further, he stated to me that the foregoing instrument is executed on behalf of said corporation by the authority of its Board of Directors and that Jon Fields acknowledges that the instrument was and is the free act and deed of said corporation. Further, he stated to me that the foregoing Guarantee of payment of judgment was executed by him and is his own free act and deed.

Dated: 8/19/04

Notary Public

Banana Joe's of Minnesota, Inc.,
A Minnesota corporation,

By Jon Fields
Its ______

John Fields

As to the Personal Guarantee of Judgment:

Subscribed and sworn to before me this 19 day of Aug, 2004.

Notary Public

**CURTIS E. BELLMORE**
Notary Public, State of Ohio
My Commisson Expires
03-21-09

Dated: 8/20/04

MADIGAN, DAHL & HARLAN, P.A.

Thomas P. Harlan

Thomas P. Harlan (#210870)
Attorney for Defendants, Banana Joe's
701 Fourth Avenue S., Suite 1700
Minneapolis, MN 55415
(612) 339-1290

RECEIVED
BY MAIL
SEP 17 2004
CLERK, US DIST. COURT
ST. PAUL, MN

**PETER J. TIMMONS**
ATTORNEY AT LAW
2000 WELLS FARGO PLAZA
7900 XERXES AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55431-1106
(952) 844-2828
FAX (952) 831-3552
EMAIL: pjtimmons@juno.com

PETER J. TIMMONS
Attorney at Law

SHELLI M. HELLER
Legal Assistant

September 16, 2004

Clerk of Court
700 Federal Building
316 North Robert Street
St. Paul, MN 55101

**RE: Jonathan Charbonneau, et al vs. Banana Joe's of Minnesota, Inc., et al**
**Civil File: 02-419 DWF/AJB**

Dear Clerk of Court:

Regarding the above-entitled matter, enclosed herewith for filing, please find the Stipulation for Confession of Judgment, Entry of Judgment, Payment of Judgment, Personal Guarantee of Judgment and Dismissal.

Very truly yours,

Peter J. Timmons

PJT:smh

Enclosure

cc: Thomas P. Harlan, Esq.