**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO.: 02-419(DWF/AJB)**

Jonathan Charbonneau and Tricia Charbonneau,

Plaintiffs,

vs.

Banana Joe's of Minnesota, Inc., a Minnesota corporation, dba Banana Joe's; Clayton James Smeby,

Defendants.

**ORDER FOR JUDGMENT ON STIPULATION FOR CONFESSION OF JUDGMENT, ENTRY OF JUDGMENT, PAYMENT OF JUDGMENT, PERSONAL GUARANTEE OF JUDGMENT**

---

Peter J. Timmons, Esq., Timmons Law Office, 7900 Xerxes Avenue South, Suite 2000, Bloomington, Minnesota 55431, counsel for Plaintiff.

David G. Parry, Esq., Leonard Street and Deinard, 150 5th Street South, Suite 2300, Minneapolis, Minnesota 55402; and Thomas P. Harlan, Esq., Madigan Dahl & Harlan, P.A., 701 4th Avenue South, Suite 1700, Minneapolis, Minnesota 55415, counsel for Defendant Banana Joe's of Minnesota, Inc. d/b/a Banana Joe's.

Carrie L. Hund, Esq., Bassford Remele, 33 South 6th Street, Suite 3800, Minneapolis, Minnesota 55402-3701; and John M. Catron, Esq., Hansen Dordell Bradt Odlaug & Bradt, 3900 Northwoods Drive, Suite 250, Saint Paul, Minnesota 55112-6973, counsel for Defendant Clayton James Smeby.

Peter W. Ginder, Esq., and C. Lynne Fundingsland, Esq., Minneapolis City Attorney's Office, 300 Metro Center, 333 South 7th Street, Minneapolis, Minnesota 55402, counsel for Defendants Officers Hagel, Savaugeau, Olson, and Sergeant Wallerich.

---

This action came on for consideration before the Court, the Honorable Donovan Frank, District Judge, presiding, and the issues having been duly compromised and settled by a Stipulation for Confession of Judgment, Entry of Judgment, Payment of Judgment, Personal

Guarantee of Judgment, and Dismissal between Plaintiffs herein and Defendant, Banana Joe's of Minnesota, Inc., a Minnesota corporation, dba Banana Joe's.

Based upon said document,

IT IS HEREBY ORDERDED AND ADJUDGED AS FOLLOWS:

1. That Plaintiffs, Jonathan and Tricia Charbonneau, shall recover from Defendant, Banana Joe's of Minnesota, Inc., a Minnesota corporation, dba Banana Joe's the total sum of Six Thousand Five Hundred Dollars ($6,500) payable in the manner, amounts, and dates of the Stipulation referenced herein.

2. That said Judgment is subject to all provisions of the Stipulation for Confession of Judgment, Entry of Judgment, Payment of Judgment, Personal Guarantee of Judgment, and Dismissal said document and the agreements herein being fully incorporated herein by reference as part of this judgment.

3. That upon full and complete payment of the Judgment herein, Plaintiffs will provide to said Defendant a Satisfaction of Judgment or a Stipulation for Dismissal With Prejudice, pursuant to the request of Defendant, Banana Joe's of Minnesota, Inc., a Minnesota corporation, dba Banana Joe's.

Dated: October 21, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Court Judge