AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jonathan Charbonneau and
Tricia Charbonneau

V.

Banana Joe's of Minnesota, Inc, a
Minnesota corporation, dba Banana Joe's;
Clayton James Smeby

## JUDGMENT IN A CIVIL CASE

Case Number: 02-419 DWF/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs, Jonathan and Tricia Charbonneau, shall recover from Defendant, Banana Joe's of Minnesota, Inc. a Minnesota corporation, dba Banana Joe's the total sum of Six Thousand Five Hundred Dollars ($6,500) payable in the manner, amounts, and dated of the Stipulation referenced herein.

October 26, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez, Deputy Clerk